JERRY S. BUSBY
Nevada Bar #001107
SCOTT L. STONEHOCKER
Nevada Bar #005512
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
sstonehocker@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANETTE DORADO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00896-JAD-NJK<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE**<br><br>ECF No. 10 |

WHEREAS, the parties to this litigation have reached a full and final settlement of this case and all claims asserted therein;

IT IS HEREBY STIPULATED AND AGREED by and between FRANCESCA J. HOVAGIMIAN, ESQ., of THE POWELL LAW FIRM, Attorneys for Plaintiff DANETTE DORADO, and SCOTT L. STONEHOCKER, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC. as follows:

///

///

///

///

///

///

NG-C2N3CBX6 4917-5748-7476.1

1. That this case, including any and all claims of DANETTE DORADO, be dismissed with prejudice, each party to bear their own attorney fees and costs; and

2. That any hearings or other deadlines currently existing in this case be vacated.

Respectfully submitted this 28th day of October, 2025.

| THE POWELL LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Francesca J. Hovagimian<br>FRANCESCA J. HOVAGIMIAN, ESQ.<br>Nevada Bar No. 016714<br>8918 Spanish Ridge Avenue, Suite 100<br>Las Vegas, Nevada 89148<br>(702) 728-5500<br>Attorneys for Plaintiff<br>DANETTE DORADO | /s/ Scott L. Stonehocker<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>SCOTT L. STONEHOCKER, ESQ.<br>Nevada Bar No. 005512<br>3016 West Charleston Boulevard - #195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

ORDER

Based on the parties' stipulation [ECF No. 10] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 29, 2025

2

NG-C2N3CBX6 4917-5748-7476.1